```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13197
    TIMOTHY GREENLEE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1721


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/16/2006 and was confirmed 01/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/31/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
ILLINOIS TITLE LOANS      SECURED VEHIC     1945.00         103.67         416.52
ANNETTE GREENLEE BRACY    NOTICE ONLY       NOT FILED          .00            .00
CENTRAL CHILD SUPPORT RE  PRIORITY          1619.65            .00         645.62
TN CHILD SUPPORT          PRIORITY          NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE  FILED LATE         435.21            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY           500.00            .00         199.31
AMERICASH LOANS LLC       UNSECURED          477.43            .00            .00
CASH AMERICA              UNSECURED          298.73            .00            .00
CITY OF CHICAGO PARKING   UNSECURED         2740.00            .00            .00
DOMINICKS                 UNSECURED         NOT FILED          .00            .00
GLOBAL PAYMENT            UNSECURED         NOT FILED          .00            .00
GLOBAL PAYMENT            UNSECURED         NOT FILED          .00            .00
INSTANT CASH ADVANCE      UNSECURED         NOT FILED          .00            .00
DR PAVLOVIC LORETTO RADI  UNSECURED         NOT FILED          .00            .00
U OF I DEPT OF PEDIATRIC  UNSECURED         NOT FILED          .00            .00
DEPT OF EMER MED          UNSECURED         NOT FILED          .00            .00
HORIZON EMERGENCY MEDICI  UNSECURED         NOT FILED          .00            .00
PAYDAY LOAN STORE         UNSECURED          393.38            .00            .00
UNIVERSITY OF IL MEDICAL  UNSECURED         NOT FILED          .00            .00
UNIVERSITY OF IL HOSPITA  UNSECURED         NOT FILED          .00            .00
ILLINOIS TITLE LOANS      UNSECURED          155.77            .00            .00
IL STATE DISBURSEMENT UN  UNSECURED         2947.70            .00            .00
IL STATE DISBURSEMENT UN  UNSECURED        13870.07            .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       19.00            .00          19.00
CITY OF CHICAGO PARKING   UNSECURED         2740.00            .00            .00
ILLINOIS DEPT OF REV      FILED LATE          95.70            .00            .00
ILLINOIS DEPT OF REV      FILED LATE         120.00            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,850.00                     2,500.00
TOM VAUGHN                TRUSTEE                                          259.09
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 13197 TIMOTHY GREENLEE
```

```
--------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      4,143.21

PRIORITY                                              863.93
SECURED                                               416.52
     INTEREST                                         103.67
UNSECURED                                                .00
ADMINISTRATIVE                                      2,500.00
TRUSTEE COMPENSATION                                  259.09
DEBTOR REFUND                                            .00
                            ---------------      ---------------
TOTALS                       4,143.21               4,143.21
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE